1  MARK J. KENNEY (State Bar No. 87345)
   mjk@severson.com
2  TODD M. GREEN (State Bar No. 154533)
   tmg@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  415-398-3344 Phone
   415-956-0439 Fax
7

8  Attorneys for Defendant
   FOREIGNSOURCE, LTD.
9

   ROBERT D. HALLMAN (State Bar No. 239949)
10 rhallman@howardrice.com
   HOWARD RICE NEMEROVSKI
11 CANADY FALK & RABKIN
   Three Embarcadero Center, 7th Floor
12 San Francisco, CA 94111
   (415) 434-1600
13 (415) 217-5910

14 Attorneys for Plaintiff
   TIERRACAST, INC.
15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | TIERRACAST, INC.,                          | Case No.: 3:09-cv-05127-JL

20 |         Plaintiff,                         | [PROPOSED] ORDER EXTENDING
                                                  TIME TO RESPOND TO COMPLAINT
21 |    vs.                                     |

22 | FOREIGNSOURCE, LTD, ABC
     CORPORATIONS 1-10, AND JOHN DOES
23 | 1-10,
                                                  Complaint Filed: October 28, 2009
24 |         Defendants.

25

26      WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST")   and defendant ForeignSource,

27 Ltd. ("FOREIGNSOURCE") have stipulated to extend the time for FOREIGNSOURCE to

28
                                        -1-
00000/0000/784845.1                                              [PROPOSED] ORDER
                                                                 Case No. 3:09-cv-05127-JL

respond to TIERRACAST's complaint in this action because FOREIGNSOURCE has recently retained new counsel;

IT HEREBY ORDERED that FOREIGNSOURCE shall have up to and including January 22, 2010 to respond to the complaint in this action.

IT IS SO ORDERED.

DATED: January 21, 2010

By: _____
HON. JAMES LARSON
UNITED STATES
MAGISTRATE JUDGE