MARK J. KENNEY (State Bar No. 87345)
mjk@severson.com
TODD M. GREEN (State Bar No. 154533)
tmg@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
415-398-3344 Phone
415-956-0439 Fax

Attorneys for Defendant
FOREIGNSOURCE, LTD.

ROBERT D. HALLMAN (State Bar No. 239949)
rhallman@howardrice.com
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN
Three Embarcadero Center, 7 th Floor
San Francisco, CA 94111
(415) 434-1600
(415) 217-5910

Attorneys for Plaintiff
TIERRACAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., | Case No.: 3:09-cv-05127-JL |
| Plaintiff, | [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | |
| FOREIGNSOURCE, LTD, ABC CORPORATIONS 1-10, AND JOHN DOES 1-10, | |
| Defendants. | Complaint Filed: October 28, 2009 |

WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST")   and defendant ForeignSource,

Ltd. ("FOREIGNSOURCE") have stipulated to extend t     he time for FOREIGNSOURCE to

-1-

1 | respond to TIERRA CAST's complaint in this action be        cause FOREIGN SOURCE has recently
2 | retained new counsel;
3 |         IT HEREBY ORDERED that FOREIGN SOURCE shall have up        to and including
4 | January 22, 2010 to respond to the complaint in thi        s action.
5 |         IT IS SO ORDERED.
6 | DATED: January ___, 2010

By: _____
            HON. JAMES LARSON
            UNITED STATES
            MAGISTRATE JUDGE

00000/0000/784845.1

[PROPOSED] ORDERS
Case No. 3:09-cv-05127-JL