1  MARK J. KENNEY (State Bar No. 87345)
   mjk@severson.com
2  TODD M. GREEN (State Bar No. 154533)
   tmg@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  415-398-3344 Phone
   415-956-0439 Fax
7

8  Attorneys for Defendant
   FOREIGN SOURCE, LTD.
9

   ROBERT D. HALLMAN (State Bar No. 239949)
10 rhallman@howardrice.com
   HOWARD RICE NEMEROVSKI
11 CANADY FALK & RABKIN
   A Professional Corporation
12 Three Embarcadero Center, 7th Floor
   San Francisco, CA  94111
13 (415) 434-1600
   (415) 217-5910
14

   Attorneys for Plaintiff
15 TIERRACAST, INC.

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19 | TIERRACAST, INC.,                          | Case No.: 3:09-cv-05127-JL

20 |         Plaintiff,                         | [~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; POSTPONING CASE MANAGEMENT CONFERENCE**

21 |     vs.

22 | FOREIGN SOURCE, LTD, ABC
   | CORPORATIONS 1-10, AND JOHN DOES
23 | 1-10,

24 |         Defendants.
   |                                            | Complaint Filed: October 28, 2009
25

26     WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign Source,

27 Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN SOURCE to

28 respond to TIERRACAST's complaint in this action for the parties to pursue settlement;

-1-

- 2 -

1  WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that the Court postpone the Case Management Conference scheduled for February 3, 2010, to a date after February 12, 2010, and to postpone the due date for the parties' joint case management statement;

4  IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including February 12, 2010, to respond to the complaint in this action.

6  IT FURTHER ORDERED that the Case Management Conference currently scheduled for February 3, 2010 is hereby vacated and a new case management conference is scheduled for ____, 2010.  The due date for the parties' joint case management conference statement shall be likewise postponed, the new due date being fourteen days prior to the new date for the case management statement.

IT IS SO ORDERED.   The Case Management Conference is continued to February 17, 2010.

DATED: January 26, 2010

By: _____
HON. JAMES LARSON
UNITED STATES
MAGISTRATE JUDGE