MARK J. KENNEY (State Bar No. 87345)
mjk@severson.com
TODD M. GREEN (State Bar No. 154533)
tmg@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
415-398-3344 Phone
415-956-0439 Fax

Attorneys for Defendant
FOREIGN SOURCE, LTD.

ROBERT D. HALLMAN (State Bar No. 239949)
rhallman@howardrice.com
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 434-1600
(415) 217-5910

Attorneys for Plaintiff
TIERRACAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOREIGN SOURCE, LTD, ABC CORPORATIONS 1-10, AND JOHN DOES 1-10, <br><br> Defendants. | Case No.: 3:09-cv-05127-JL <br><br> [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; POSTPONING CASE MANAGEMENT CONFERENCE <br><br><br> Complaint Filed: October 28, 2009 |

WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign Source,

Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN SOURCE to

respond to TIERRACAST's complaint in this action for the parties to pursue settlement;

-1-

1  WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that the
2  Court postpone the Case Management Conference scheduled for February 3, 2010, to a date after
3  February 12, 2010, and to postpone the due date for the parties' joint case management statement;
4  IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including
5  February 12, 2010, to respond to the complaint in this action.
6  IT FURTHER ORDERED that the Case Management Conference currently scheduled for
7  February 3, 2010 is hereby vacated and a new case management conference is scheduled for
8  ____, 2010.  The due date for the parties' joint case management conference statement shall be
9  likewise postponed, the new due date being fourteen days prior to the new date for the case
10 management statement.
11 IT IS SO ORDERED.   The Case Management Conference is continued to February 17, 2010.
12 DATED: January 26, 2010
13                                           By: /s/ James Larson
14                                                HON. JAMES LARSON
                                                  UNITED STATES
                                                  MAGISTRATE JUDGE

- 2 -

00000/0000/785656.1                              [PROPOSED] ORDER
                                                 Case No. 3:09-cv-05127-JL