1  BLAKE J. LAWIT (No. 211812)
   blawit@howardrice.com
2  ROBERT D. HALLMAN (No. 239949)
   rhallman@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:    415/217-5910

7  Attorneys for Plaintiff
   TIERRACAST, INC.
8

9  MARK J. KENNEY (No. 87345)
   mjk@severson.com
10 TODD M. GREEN (No. 154533)
   tmg@severson.com
11 PHILIP BARILOVITS (No. 199944)
   pb@severson.com
12 SEVERSON & WERSON
   A Professional Corporation
13 One Embarcadero Center, Suite 2600
   San Francisco, California 94111
14 415-398-3344 Phone
   415-956-0439 Fax

15

16            UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 TIERRACAST, INC.,                    | No. 3:09-CV-05127 JL

20         Plaintiff,                   | Action Filed: October 28, 2009

21     v.                               | [PROPOSED] ORDER EXTENDING
                                        | TIME TO RESPOND TO COMPLAINT;
22 FOREIGN SOURCE, LTD., ABC            | POSTPONE CASE MANAGEMENT
   CORPORATIONS 1-10, and JOHN DOES     | CONFERENCE
23 1-10,

24         Defendants.

25

26

27

28

PROPOSED ORDER

1  WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign
2  Source, Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN
3  SOURCE to respond to TIERRACAST's complaint in this action for the parties to pursue a
4  final settlement of this matter;

5  WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that
6  the Court postpone the Case Management Conference scheduled for February 17, 2010, to
7  March 24, 2010 or the next date thereafter that is convenient for the Court, and to postpone
8  the due date for the parties' joint Case Management Statement;

9  IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including
10 March 10, 2010, to respond to the complaint in this action.

11 IT FURTHER ORDERED that the Case Management Conference currently scheduled
12 for February 17, 2010 is hereby vacated and a new Case Management Conference is
13 scheduled for __March 29__, 2010. The due date for the parties' joint Case Management
14 Statement shall be likewise postponed, the new due date being fourteen days prior to the new
15 date for the Case Management Conference.

16 IT IS SO ORDERED.  The Case Management Conference is hereby continued to March 29, 2010 at 10:30 a.m.

18 DATED: February _8_, 2010.

By: _____
     HON. JAMES LARSON
     United States Magistrate Judge