BLAKE J. LAWIT (No. 211812)
blawit@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiff
TIERRACAST, INC.


MARK J. KENNEY (No. 87345)
mjk@severson.com
TODD M. GREEN (No. 154533)
tmg@severson.com
PHILIP BARILOVITS (No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
415-398-3344 Phone
415-956-0439 Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., | No. 3:09-CV-05127 JL |
| Plaintiff, | Action Filed: October 28, 2009 |
| v. | [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; POSTPONE CASE MANAGEMENT CONFERENCE |
| FOREIGN SOURCE, LTD., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

PROPOSED ORDER

1   WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign
2   Source, Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN
3   SOURCE to respond to TIERRACAST's complaint in this action for the parties to pursue a
4   final settlement of this matter;

5   WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that
6   the Court postpone the Case Management Conference scheduled for February 17, 2010, to
7   March 24, 2010 or the next date thereafter that is convenient for the Court, and to postpone
8   the due date for the parties' joint Case Management Statement;

9   IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including
10  March 10, 2010, to respond to the complaint in this action.

11  IT FURTHER ORDERED that the Case Management Conference currently scheduled
12  for February 17, 2010 is hereby vacated and a new Case Management Conference is
13  scheduled for ____March 29____, 2010. The due date for the parties' joint Case Management
14  Statement shall be likewise postponed, the new due date being fourteen days prior to the new
15  date for the Case Management Conference.

16  IT IS SO ORDERED. The Case Management Conference is hereby continued to March 29, 2010 at 10:30 a.m.

18  DATED: February _8_, 2010.

By: _____
HON. JAMES LARSON
United States Magistrate Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

PROPOSED ORDER
-1-