1 | BLAKE J. LAWIT (No. 211812)
blawit@howardrice.com
2 | ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
3 | HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
4 | A Professional Corporation
Three Embarcadero Center, 7th Floor
5 | San Francisco, California  94111-4024
Telephone:   415/434-1600
6 | Facsimile:    415/217-5910

7 | Attorneys for Plaintiff
TIERRACAST, INC.
8 |

9 | MARK J. KENNEY (No. 87345)
mjk@severson.com
10 | TODD M. GREEN (No. 154533)
tmg@severson.com
11 | PHILIP BARILOVITS (No. 199944)
pb@severson.com
12 | SEVERSON & WERSON
A Professional Corporation
13 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
14 | 415-398-3344 Phone
415-956-0439 Fax
15 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIERRACAST, INC., | No. 3:09-CV-05127 JL |
|---|---|
| Plaintiff, | Action Filed: October 28, 2009 |
| v. | [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; POSTPONE CASE MANAGEMENT CONFERENCE |
| FOREIGN SOURCE, LTD., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

PROPOSED ORDER

1   WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign
2   Source, Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN
3   SOURCE to respond to TIERRACAST's complaint in this action for the parties to pursue a
4   final settlement of this matter;

5   WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that
6   the Court postpone the Case Management Conference scheduled for February 17, 2010, to
7   March 24, 2010 or the next date thereafter that is convenient for the Court, and to postpone
8   the due date for the parties' joint Case Management Statement;

9   IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including
10  March 10, 2010, to respond to the complaint in this action.

11  IT FURTHER ORDERED that the Case Management Conference currently scheduled
12  for February 17, 2010 is hereby vacated and a new Case Management Conference is
13  scheduled for __March 24__, 2010. The due date for the parties' joint Case Management
14  Statement shall be likewise postponed, the new due date being fourteen days prior to the new
15  date for the Case Management Conference.

16  IT IS SO ORDERED.   The Case Management Conference has been continued to
                        March 24, 2010 at 10:30 a.m.
17

18  DATED: February _8_, 2010.

19

20                                      By: _____
21                                              HON. JAMES LARSON
22                                          United States Magistrate Judge