1  BLAKE J. LAWIT (No. 211812)
   blawit@howardrice.com
2  ROBERT D. HALLMAN (No. 239949)
   rhallman@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  Attorneys for Plaintiff
   TIERRACAST, INC.
8

9  MARK J. KENNEY (No. 87345)
   mjk@severson.com
10 TODD M. GREEN (No. 154533)
   tmg@severson.com
11 PHILIP BARILOVITS (No. 199944)
   pb@severson.com
12 SEVERSON & WERSON
   A Professional Corporation
13 One Embarcadero Center, Suite 2600
   San Francisco, California 94111
14 415-398-3344 Phone
   415-956-0439 Fax
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 TIERRACAST, INC.,                    No. 3:09-CV-05127 JL

20             Plaintiff,               Action Filed:  October 28, 2009

21      v.                              [PROPOSED] ORDER EXTENDING
                                        TIME TO RESPOND TO COMPLAINT;
22 FOREIGN SOURCE, LTD., ABC            POSTPONE CASE MANAGEMENT
   CORPORATIONS 1-10, and JOHN DOES     CONFERENCE
23 1-10,

24             Defendants.

25

26

27

28

                        PROPOSED ORDER

1   WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") and defendant Foreign

2   Source, Ltd. ("FOREIGN SOURCE") have stipulated to extend the time for FOREIGN

3   SOURCE to respond to TIERRACAST's complaint in this action for the parties to pursue a

4   final settlement of this matter;

5   WHEREAS, FOREIGN SOURCE and TIERRACAST have mutually requested that

6   the Court postpone the Case Management Conference scheduled for February 17, 2010, to

7   March 24, 2010 or the next date thereafter that is convenient for the Court, and to postpone

8   the due date for the parties' joint Case Management Statement;

9   IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including

10   March 10, 2010, to respond to the complaint in this action.

11   IT FURTHER ORDERED that the Case Management Conference currently scheduled

12   for February 17, 2010 is hereby vacated and a new Case Management Conference is

13   scheduled for __March 24____, 2010.  The due date for the parties' joint Case Management

14   Statement shall be likewise postponed, the new due date being fourteen days prior to the new

15   date for the Case Management Conference.

16   IT IS SO ORDERED.   The Case Management Conference has been continued to
                         March 24, 2010 at 10:30 a.m.

17

18   DATED:  February _8__, 2010.

19

20   By: _____

21        HON. JAMES LARSON

22        United States Magistrate Judge

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*