1  MARK J. KENNEY (State Bar No. 87345)
   mjk@severson.com
2  TODD M. GREEN (State Bar No. 154533)
   tmg@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  415-398-3344 Phone
   415-956-0439 Fax
7

8  Attorneys for Defendant
   FOREIGN SOURCE, LTD.
9
   ROBERT D. HALLMAN (State Bar No. 239949)
10 rhallman@howardrice.com
   HOWARD RICE NEMEROVSKI
11 CANADY FALK & RABKIN
   Three Embarcadero Center, 7th Floor
12 San Francisco, CA  94111
   (415) 434-1600
13 (415) 217-5910

14 Attorneys for Plaintiff
   TIERRACAST, INC.
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | TIERRACAST, INC.,                          | Case No.: 3:09-cv-05127-JL

20 |     Plaintiff,                             | [PROPOSED] ORDER EXTENDING
                                                  TIME TO RESPOND TO COMPLAINT
21 |     vs.                                    | DUE TO SETTLEMENT

22 | FOREIGN SOURCE, LTD, ABC
     CORPORATIONS 1-10, AND JOHN DOES
23 | 1-10,

24 |     Defendants.                            | Complaint Filed: October 28, 2009

25

26

27

28

-1-

1  WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") has filed a complaint in this
2  action against Foreign Source, Ltd. ("FOREIGN SOURCE");
3  WHEREAS, FOREIGN SOURCE and TIERRACAST have completed negotiations to
4  settle this case without need for further litigation and are in the process of completing the final
5  steps needed to implement the terms of the settlement;
6  WHEREAS, TIERRACAST and FOREIGN SOURCE mutually agree to extend the time
7  for FOREIGN SOURCE to respond to the complaint in this action up to and including March 17,
8  2010 so that the steps needed to implement the settlement can be completed;
9  WHEREAS, TIERRACAST and FOREIGN SOURCE mutually agree to request that the
10 Court postpone the Case Management Conference currently scheduled for March 24, 2010, to a
11 date after April 6, 2010, at the Court's convenience and to request postponement of the due date
12 for the parties' Joint Case Management Conference Statement to fourteen (14) days prior to the
13 new date set for the Case Management Conference;
14  IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including March
15 17, 2010, to respond to the complaint in this action.
16  IT FURTHER ORDERED that the Case Management Conference currently scheduled for
17 March 24, 2010 is hereby vacated and a new case management conference is scheduled for 4/28,
18 2010.  The due date for the parties' joint case management conference statement shall be likewise
19 postponed, the new due date being fourteen days prior to the new date for the case management
20 statement.
21  IT IS SO ORDERED.
22 DATED: March 11, 2010
23
24  By: _____
     HON. JAMES LARSON
     UNITED STATES MAGISTRATE JUDGE