| | |
|---|---|
| 1 | MARK J. KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | TODD M. GREEN (State Bar No. 154533) |
| | tmg@severson.com |
| 3 | PHILIP BARILOVITS (State Bar No. 199944) |
| | pb@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, California 94111 |
| 6 | 415-398-3344 Phone |
| | 415-956-0439 Fax |
| 7 | |
| 8 | Attorneys for Defendant |
| | FOREIGN SOURCE, LTD. |
| 9 | |
| | ROBERT D. HALLMAN (State Bar No. 239949) |
| 10 | rhallman@howardrice.com |
| | HOWARD RICE NEMEROVSKI |
| 11 | CANADY FALK & RABKIN |
| | Three Embarcadero Center, 7th Floor |
| 12 | San Francisco, CA 94111 |
| | (415) 434-1600 |
| 13 | (415) 217-5910 |
| 14 | Attorneys for Plaintiff |
| | TIERRACAST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., | Case No.: 3:09-cv-05127-JL |
| Plaintiff, | [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT DUE TO SETTLEMENT |
| vs. | |
| FOREIGN SOURCE, LTD, ABC CORPORATIONS 1-10, AND JOHN DOES 1-10, | |
| Defendants. | Complaint Filed: October 28, 2009 |

-1-

00000/0000/784845.1

[PROPOSED] ORDER
Case No. 3:09-cv-05127-JL

1  WHEREAS, plaintiff TierraCast, Inc. ("TIERRACAST") has filed a complaint in this
2  action against Foreign Source, Ltd. ("FOREIGN SOURCE");
3  WHEREAS, FOREIGN SOURCE and TIERRACAST have completed negotiations to
4  settle this case without need for further litigation and are in the process of completing the final
5  steps needed to implement the terms of the settlement;
6  WHEREAS, TIERRACAST and FOREIGN SOURCE mutually agree to extend the time
7  for FOREIGN SOURCE to respond to the complaint in this action up to and including March 17,
8  2010 so that the steps needed to implement the settlement can be completed;
9  WHEREAS, TIERRACAST and FOREIGN SOURCE mutually agree to request that the
10 Court postpone the Case Management Conference currently scheduled for March 24, 2010, to a
11 date after April 6, 2010, at the Court's convenience and to request postponement of the due date
12 for the parties' Joint Case Management Conference Statement to fourteen (14) days prior to the
13 new date set for the Case Management Conference;
14 IT HEREBY ORDERED that FOREIGN SOURCE shall have up to and including March
15 17, 2010, to respond to the complaint in this action.
16 IT FURTHER ORDERED that the Case Management Conference currently scheduled for
17 March 24, 2010 is hereby vacated and a new case management conference is scheduled for 4/28,
18 2010. The due date for the parties' joint case management conference statement shall be likewise
19 postponed, the new due date being fourteen days prior to the new date for the case management
20 statement.
21 IT IS SO ORDERED.
22 DATED: March 11, 2010

By: _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

00000/0000/784845.1

[PROPOSED] ORDERS
Case No. 3:09-cv-05127-JL